IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SOLUTION TECHNOLOGY INTERNATIONAL, INC., | Case No. 08-12640 (MFW) |
| Debtor. | Re: Docket Nos. 4, 5 |

Hearing Date: **November 6, 2008 at 3:00 p.m. (EST)**

## NOTICE OF HEARING ON FIRST DAY MOTIONS AND APPLICATIONS

**PLEASE TAKE NOTICE** that on November 4, 2008 (the "**Petition Date**"), Solution Technology International, Inc., the above-captioned debtor and debtor-in-possession (the "**Debtor**"), filed a voluntary petition for relief under title 11 of the United States Code (the "**Bankruptcy Code**") with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). The Debtor is continuing to operate its business and manage its affairs as debtor and debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will present the following motions and applications on **November 6, 2008, at 3:00 p.m. prevailing Eastern time** at a hearing before the Honorable Mary F. Walrath, at the United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801:

### MOTIONS/APPLICATIONS

1. Debtor's Motion For Entry Of An Order Authorizing Continued Use Of Existing Bank Accounts, Business Forms, And Cash Management System (Docket No. 4; Filed November 4, 2008); and

2. Debtor's Motion For Interim And Final Orders Authorizing The Debtor To Obtain Postpetition Secured Financing Pursuant To Sections 105, 362,

364(C), And 364(E) Of The Bankruptcy Code (Docket No. 5; Filed November 4, 2008).

**PLEASE TAKE FURTHER NOTICE** copies of the above-noted motions and applications can be obtained by contacting the Debtor's proposed, undersigned counsel, via the United States Bankruptcy Court's website at www.deb.uscourts.gov, referencing Case No. 08-12640.

Dated: November 4, 2008

GREENBERG TRAURIG LLP

Donald J. Detweiler (DE Bar No. 3087)
Sandra G. M. Selzer (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: detweilerd@gtlaw.com
       selzers@gtlaw.com

-and-

Robert W. Dremluk
Seyfarth Shaw LLP
620 8th Avenue, 32nd Floor
New York, New York 10018
Telephone: (212) 218-5269
Facsimile: (917) 344-1188
Email: wdremluk@seyfarth.com

Heidsha Sheldon (to be admitted *pro hac vice*)
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: (617) 946-4800
Facsimile (617) 946-4801
Email: hsheldon@seyfarth.com

*Proposed Counsel for Debtor and Debtor in Possession*