**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SOLUTION TECHNOLOGY INTERNATIONAL, INC., | Case No. 08-12640 (MFW) |
| Debtor. | |

Hearing Date: November 6, 2008 at 3:00 p.m.

**NOTICE OF INTERIM HEARING ON DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTOR TO OBTAIN POSTPETITION SECURED FINANCING PURSUANT TO SECTIONS 105, 362, 364(c), AND 364(d) OF THE BANKRUPTCY CODE, MODIFYING AUTOMATIC STAY, AND SCHEDULING A FINAL HEARING**

**PLEASE TAKE NOTICE** that on November 4, 2008, the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed the *Debtor's Motion For Interim and Final Orders Authorizing the Debtor to Obtain Postpetition Secured Financing Pursuant to Sections 105, 362, 364(c), and 364(d) of the Bankruptcy Code* (the "**DIP Motion**") (Docket No. 5), attaching the proposed *Interim Order Authorizing the Debtor to Obtain Postpetition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105 and 364 and Scheduling a Final Hearing* (the "**Proposed Interim DIP Order**").

**PLEASE TAKE FURTHER NOTICE** that a copy of the DIP Motion and Proposed Interim DIP Order may be obtained by contacting the undersigned Debtor's proposed counsel at (302) 661-7359 or by emailing selzers@gtlaw.com.

**PLEASE TAKE FURTHER NOTICE** that the Debtor intends to seek interim approval of the DIP Motion and entry of the Proposed Interim DIP Order at a hearing before the Honorable Mary F. Walrath, United States Bankruptcy Court, at 824 Market Street, 5th Floor

Courtroom No. 4, Wilmington, Delaware 19801 on **November 6, 2008, at 3:00 p.m. prevailing Eastern time.**

       **PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right to modify, if necessary, the Proposed Interim DIP Order before or at the Hearing.

Dated:  November 4, 2008

       GREENBERG TRAURIG, LLP

       Donald J. Detweiler (DE Bar No. 3087)
       Sandra G. M. Selzer (DE Bar No. 4283)
       The Nemours Building
       1007 North Orange Street, Suite 1200
       Wilmington, Delaware  19801
       Telephone:  (302) 661-7000
       Facsimile:  (302) 661-7360
       Email:  detweilerd@gtlaw.com
              selzers@gtlaw.com

           -and-

       Robert W. Dremluk (to be admitted *pro hac vice*)
       Seyfarth Shaw LLP
       620 8th Avenue, 32nd Floor
       New York, New York 10018
       Telephone:  (212) 218-5500
       Facsimile:  (212) 218-5526
       Email: rdremluk@seyfarth.com

       Heidsha Sheldon (to be admitted *pro hac vice*)
       Two Seaport Lane, Suite 300
       Boston, Massachusetts 02210
       Telephone: (617) 946-4800
       Facsimile (617) 946-4801
       Email: hsheldon@seyfarth.com

       *Proposed Counsel for Debtor and Debtor in Possession*